**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KAREN GITAU,<br><br>                Plaintiff,<br><br>vs.<br><br>LITTLE RIVER CAPITAL,<br>*ARTISAN BUILT COMMUNITIES*<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-00798-VMC |

### J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and Defendant's Motion to Dismiss and the Court having adopted said Recommendation and granted said motion, it is

**Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE.**

Dated at Atlanta, Georgia, this 11th day of July, 2022.

                                                  KEVIN P. WEIMER
                                                CLERK OF COURT

                                  By:      s/ A. Edwards
                                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 11, 2022
Kevin P. Weimer
Clerk of Court

By:      s/ A. Edwards
       Deputy Clerk